MANDATE

Prisoner

D. Conn. / NLCT
03-cv-716
Squatrito, J.

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

FILED Dec 8  3 29 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 14th day of July two thousand three,

Present:
    Hon. Ellsworth Van Graafeiland,
    Hon. Guido Calabresi,
    Hon. Richard C. Wesley,
        *Circuit Judges.*



Buckley Otto,
        Petitioner,

v.                                           03-3562

United States of America,
        Respondent.

Petitioner, *pro se,* applies pursuant to 28 U.S.C. § 2255 for leave to file a successive 28 U.S.C. § 2255 motion in the United States District Court for the District of Connecticut. Upon due consideration, it is hereby ORDERED that the application is denied because it does not meet the criteria set forth in 28 U.S.C. § 2255 ¶8.

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

JUL 14 2003

SAO-ANB
A TRUE COPY
ROSEANN B. MACKECHNIE, CLERK
By *Yolanda Siders*
    Deputy Clerk
Date:

ISSUED AS MANDATE: NOV 24 2003